IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00884-PAB-MEH

PROGRADE AMMO GROUP LLC, a Delaware limited liability company d/b/a BVAC,

      Plaintiff,

v.

CURT PERRY, an individual,
KRISTEN PERRY, an individual,
AMMO KAN, a Colorado limited liability company,
AMMO CAN LLC, a Colorado limited liability company,
AMMO CAN LLC, a Wyoming limited liability company,
AMMO KAN FRANCHISE GROUP LLC, a Wyoming limited liability company,
HIGH COUNTRY SALES, LLC, a Colorado limited liability company,
HIGH COUNTRY WHOLESALE, LLC, a Wyoming limited liability company,
HIGH COUNTRY SPORT, LLC, a Wyoming limited liability company,
MAVERICK AMMUNITION LLC, a Wyoming limited liability company,
TAD VETTE, an individual,
VICTOR VETTE, an individual, and
JOHN DOES 1-5,

      Defendants.

---

## MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 25, 2014.**

      Plaintiff's Unopposed Motion for Entry of a Stipulated Protective Order [filed July 24, 2014; docket # 48] is **denied without prejudice**, and the proposed Stipulated Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires a specific mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89. Also, the Court will reject any request to retain continuing jurisdiction over an action that has been closed.

      If the Plaintiff chooses to re-file its motion, it shall provide to this Court a copy of the proposed protective order in useable format (Word, Word Perfect).