IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00884-PAB-MEH

PROGRADE AMMO GROUP LLC, a Delaware limited liability company d/b/a BVAC,

    Plaintiff,

v.

CURT PERRY, an individual,
KRISTEN PERRY, an individual,
AMMO KAN, a Colorado limited liability company,
AMMO CAN LLC, a Colorado limited liability company,
AMMO CAN LLC, a Wyoming limited liability company,
AMMO KAN FRANCHISE GROUP LLC, a Wyoming limited liability company,
HIGH COUNTRY SALES, LLC, a Colorado limited liability company,
HIGH COUNTRY WHOLESALE, LLC, a Wyoming limited liability company,
HIGH COUNTRY SPORT, LLC, a Wyoming limited liability company,
MAVERICK AMMUNITION LLC, a Wyoming limited liability company,
TAD VETTE, an individual,
VICTOR VETTE, an individual, and
JOHN DOES 1-5,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 30, 2014.**

    Plaintiff's renewed Unopposed Motion for Entry of a Stipulated Protective Order [filed July 29, 2014; docket #51] is **granted in part and denied in part**, and the proposed Stipulated Protective Order is accepted as modified.  In its July 25, 2014 order, the Court informed the parties that it would "reject any request to retain continuing jurisdiction over an action that has been closed."  Accordingly, the Court has omitted paragraphs 20 and 21 from the approved order.  The Stipulated Protective Order is filed contemporaneously with this minute order.