IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 14-cv-00884-PAB-MEH

PROGRADE AMMO GROUP LLC, d/b/a BVAC, a Delaware limited liability company,

    Plaintiff,

v.

CURT PERRY, an individual,
KRISTEN PERRY, an individual,
AMMO KAN, a Colorado limited liability company,
AMMO CAN LLC, a Colorado limited liability company,
AMMO CAN LLC, a Wyoming limited liability company,
AMMO KAN FRANCHISE GROUP LLC, a Wyoming limited liability company,
HIGH COUNTRY SALES, LLC, a Colorado limited liability company,
HIGH COUNTRY WHOLESALE, LLC, a Wyoming limited liability company,
HIGH COUNTRY SPORT, LLC, a Wyoming limited liability company, and
JOHN DOES 1-5,

    Defendants.
_____

## ORDER OF DISMISSAL
_____

This matter is before the Court on the Stipulated Dismissal of Remaining Claims and Counterclaims [Docket No. 89] filed by the remaining parties in this matter. The parties "stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the dismissal, with prejudice, of all claims in this action . . . ." The stipulation, however, was not signed by "by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii); *see Anderson-Tully Co. v. Federal Ins. Co.*, 347 F. App'x 171, 176 (6th Cir. 2009) (under Fed. R. Civ. P. 41(a)(1)(A)(ii), "all parties who have appeared" includes both current and former parties). As a result, the stipulation of dismissal, by itself, does not serve to dismiss this

action.  The Court, however, having reviewed the stipulation, finds that dismissal is appropriate.  Therefore, pursuant to Fed. R. Civ. P. 41(a)(2), it is

**ORDERED** that all claims by and between plaintiff and the remaining defendants are dismissed with prejudice, each party to bear its own costs and attorneys' fees.  It is further

**ORDERED** that this case shall be closed in its entirety.

DATED April 21, 2015.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge